UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2008 DEC 16  PM 2: 56

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | Cr. No._____ |
| Plaintiff, | § | USAO# 2008_____ |
| v. | § | I N D I C T M E N T |
| | § | |
| SARAH CRAFTS, | § | [Violations: 29 U.S.C. § 501(c); |
| Defendant. | § | Embezzlement from a Labor |
| | § | Union; 18 U.S.C. § 371; Conspiracy |

A08 CR-468 SS

THE GRAND JURY CHARGES:

Count One
(29 U.S.C. §501(c) and 18 U.S.C. §371 )


From 2001 through 2005, in the Western District of Texas, the defendant,

SARAH CRAFTS,

while directly employed by the Texas Building & Construction Trades Council, a labor

organization engaged in an industry affecting commerce, did combine, conspire, confederate, and

agree with others others known and unknown to the Grand Jury to embezzle, steal and

unlawfully and willfully abstract and convert to their own use, and the use of another, the monies,

funds, property, and other assets of the said labor organization in the approximate amount of

$27,196.96.

All in violation of 29 U.S.C. § 501(c) and 18 U.S.C. § 371.

<u>**Count Two**</u>
**(29 U.S.C. §501(c))**

From 2001 through September 2005, in the Western District of Texas, the defendant,

**SARAH CRAFTS,**

while a person directly employed by the Texas Building & Construction Trades Council, a labor

organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and

willfully abstract and convert to her use, and the use of another, the monies, funds, property,

and other assets of the said labor organization in the approximate amount of $17,477.85.

All in violation of 29 U.S.C. § 501(c).

SIGNATURE REDACTED PURSUANT
TO E-GOVERNMENT ACT OF 2002

JOHNNY SUTTON
United States Attorney

By:

Grant Sparks
Assistant United States Attorney